RUTGERS FEMALE COLLEGE OF THE CITY OF NEW YORK, Appellant, *v.* CORNELIUS H. TALLMAN, as Executor, etc., Respondent.*

(Argued April 30, 1895; decided May 21, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 16, 1894, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Albert Stickney* for appellant.

*W. H. Newman* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.